954

No. 11–9286. KODSY v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–9293. BERGIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9296. HOLLY v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 11–9303. RASHID v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9305. BULLARD v. SCISM, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 11–9312. NEAL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9313. DAME v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–9314. LEE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9320. AGUIRRE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9322. WYNN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–9323. WILBORN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9331. PEAY v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9332. QUALLS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9333. SANDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9334. OCTAVIO ARBELAEZ v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–9336. BRADEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.